UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-mj-02048-KS

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CRYSTAL BLUE | ) | |

This matter is before the court on Government's unopposed motion to continue trial scheduled for August 31, 2023. For good cause shown and with the consent of the Defendant, the Government's motion, as amended [DE ##22, 23] is GRANTED. The court hereby CONTINUES the trial until **10:00 a.m. on October 16, 2023**.

The delay occasioned by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

This 22nd day of August 2023.

KIMBERLY A. SWANK
United States Magistrate Judge